

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00238-CV

DAPHNE KANAS, Appellant

§ On Appeal from the 355th District Court

V.

§ of Hood County (C2022589)

CARLOS GARCIA, INDIVIDUALLY AND AS AN EMPLOYEE/CONTRACTOR OF SUPERIOR HOME REAL ESTATE INSPECTIONS, Appellee

§ July 17, 2025

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr